LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton     (SBN 090907)
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Attorneys for Plaintiffs DELANO FARMS CO.,
FOUR STAR FRUIT, INC., AND
GERAWAN FARMING, INC.


WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian M. Boynton     (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA
TABLE GRAPE COMMISSION

[additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.,<br><br>v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>Defendant. | CASE NO. 1:07-cv-01610-OWW-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE ON ANY MOTION UNDER FED R. CIV. P. 12** |

WHEREAS the complaint in this matter was served on Defendant California Table Grape Commission (the "Commission") on November 6, 2007, making the Commission's response to the complaint currently due on November 26, 2007;

1

STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND SETTING BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS the parties have agreed to an extension of time for the Commission to respond to
2  the complaint; and
3  WHEREAS, in light of the holidays in November and December, the parties have agreed to a
4  briefing schedule for any motion under Rule 12 of the Federal Rules of Civil Procedure filed by the
5  Commission;
6  IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,
7  that, subject to approval by the Court: (1) the deadline for the Commission to respond to Plaintiffs'
8  complaint is December 14, 2007; and (2) if the Commission files a motion under Fed. R. Civ. P. 12,
9  Plaintiffs' opposition to that motion shall be due on January 9, 2008, and the Commission's reply
10 brief on the motion shall due on January 21, 2008.

Dated:  November 16, 2007

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton     (SBN 090907)
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

HENNIGAN BENNETT AND DORMAN LLP
Lawrence M. Hadley   (SBN 157728)
Omer Salik     (SBN 223056)
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis        (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

2

STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND SETTING BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Brian C. Leighton (as authorized 11-16-07)
_____
Brian C. Leighton

Attorneys for Plaintiffs DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Brian M. Boynton    (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: __November 19, 2007_____    /s/ OLIVER W. WANGER
_____
Oliver W. Wanger
United States District Judge

3

STIPULATION AND ORDER EXTENDING TIME TO RESPOND AND SETTING BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com