LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton     (SBN 090907)
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Attorneys for Plaintiffs DELANO FARMS CO.,
FOUR STAR FRUIT, INC., AND
GERAWAN FARMING, INC.

[additional counsel listed in signature block]

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian M. Boynton     (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA
TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC., <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION, <br><br> Defendant. | CASE NO. 1:07-cv-01610-OWW-SMS <br><br> **STIPULATION AND ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** |

WHEREAS the complaint in this matter asserts nine claims for relief against Defendant California Table Grape Commission (the "Commission"), including claims seeking to invalidate three U.S. patents held by the United States and licensed to the Commission, claims for alleged

1

STIPULATION AND ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com

1  inequitable conduct by the United States Department of Agriculture before the United States Patent
2  and Trademark Office, a claim for alleged antitrust violations by the Commission, a claim for
3  alleged patent misuse by the Commission, a claim under California Business and Professions Code
4  § 17200, and claims for unjust enrichment and constructive trust;

5      WHEREAS the Commission intends to file on December 14, 2007 a motion to dismiss some
6  or all of the claims set forth in the complaint;

7      WHEREAS the Court's standing order imposes a 25-page limit for memoranda in support of
8  or opposition to civil motions and a 10-page limit for reply briefs on such motions but provides that
9  such page limits may be modified with leave of the Court; and

10     WHEREAS the parties have agreed to a modification of the page limits for briefs on the
11 Commission's anticipated motion to dismiss;

12     IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,
13 that, subject to approval by the Court: (1) the Commission may file a memorandum in support of a
14 motion to dismiss of up to 35 pages; (2) Plaintiffs may file a memorandum in opposition to the
15 Commission's motion to dismiss of up to 35 pages; and (3) the Commission may file a reply
16 memorandum of up to 18 pages.

17
18  Dated:  December 5, 2007

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton     (SBN 090907)
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

HENNIGAN BENNETT AND DORMAN LLP
Lawrence M. Hadley  (SBN 157728)
Omer Salik     (SBN 223056)
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

2

STIPULATION AND ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com

THE LAW OFFICES OF RALPH B. WEGIS
Ralph B. Wegis        (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)


/s/ Brian C. Leighton (as authorized 12-5-07)
_____
Brian C. Leighton

Attorneys for Plaintiffs DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.


WILMER CUTLER PICKERING
   HALE AND DORR LLP
Brian M. Boynton      (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
brian.boynton@wilmerhale.com

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: __December 5, 2007          /s/ OLIVER W. WANGER_____
                                   _____
                                   Oliver W. Wanger
                                   United States District Judge

STIPULATION AND ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com