1  LAW OFFICES OF BRIAN C. LEIGHTON
   Brian C. Leighton      (SBN 090907)
2  701 Pollasky Avenue
   Clovis, California  93612
3  (559) 297-6190
   (559) 297-6194 (fax)
4  bleighton@arrival.net

5  Attorneys for Plaintiffs DELANO FARMS CO.,
   FOUR STAR FRUIT, INC., AND
6  GERAWAN FARMING, INC.

7  [additional counsel listed in signature block]

8
   WILMER CUTLER PICKERING
9     HALE AND DORR LLP
   Randolph D. Moss     (pro hac vice)
10 Leon B. Greenfield   (pro hac vice)
   Brian M. Boynton     (SBN 222193)
11 1875 Pennsylvania Avenue, N.W.
   Washington, D.C.  20006
12 (202) 663-6000
   (202) 663-6363 (fax)
13 randolph.moss@wilmerhale.com
   leon.greenfield@wilmerhale.com
14 brian.boynton@wilmerhale.com

15 Attorneys for Defendant THE CALIFORNIA
   TABLE GRAPE COMMISSION
16

17                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
18

19 DELANO FARMS COMPANY, FOUR  )   CASE NO. 1:07-cv-01610-OWW-SMS
   STAR FRUIT, INC., AND GERAWAN )
20 FARMING, INC.,               )
                                )
21                              )   **STIPULATION AND ORDER**
              v.                )   **REGARDING DISCOVERY AND RULE**
                                )   **26(a) DISCLOSURES**
22 THE CALIFORNIA TABLE GRAPE   )
   COMMISSION,                  )
23                              )
              Defendant.        )
24 _____)

25

26

27                                        1

28
   STIPULATION AND ORDER REGARDING DISCOVERY AND RULE 26(a) DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com

1 WHEREAS the complaint in this matter asserts nine claims for relief against Defendant California Table Grape Commission (the "Commission"), including claims seeking to invalidate three U.S. patents held by the United States and licensed to the Commission, claims for alleged inequitable conduct by the United States Department of Agriculture before the United States Patent and Trademark Office, a claim for alleged antitrust violations by the Commission, a claim for alleged patent misuse by the Commission, a claim under California Business and Professions Code § 17200, and claims for unjust enrichment and constructive trust;

WHEREAS the Commission filed on December 14, 2007 a motion to dismiss all of the claims set forth in the complaint; and

WHEREAS the parties agree that deferring the commencement of discovery, including initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), until after this Court rules on the Commission's motion to dismiss would promote efficiency;

IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, that discovery in this action, including initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), shall be stayed until after this Court rules on the Commission's motion to dismiss.

Dated:  January 2, 2008

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton     (SBN 090907)
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

HENNIGAN BENNETT AND DORMAN LLP
Lawrence M. Hadley  (SBN 157728)
Omer Salik     (SBN 223056)
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

2

STIPULATION AND ORDER REGARDING DISCOVERY AND RULE 26(a) DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | THE LAW OFFICES OF RALPH B. WEGIS |
|   | Ralph B. Wegis        (SBN 67966) |
| 2 | 1930 Truxtun Avenue |
|   | Bakersfield, CA 93301 |
| 3 | (661) 635-2100 |
|   | (661) 635-2107 (facsimile) |

/s/ Brian C. Leighton (as authorized 1-2-08)
_____
Brian C. Leighton

Attorneys for Plaintiffs DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Randolph D. Moss    (pro hac vice)
Leon B. Greenfield    (pro hac vice)
Brian M. Boynton    (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: ___January 2, 2008                    /s/ OLIVER W. WANGER_____
                                            _____
                                            Oliver W. Wanger
                                            United States District Judge

3

STIPULATION AND ORDER REGARDING DISCOVERY AND RULE 26(a) DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com