Brian C. Leighton     (SBN 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Lawrence M. Hadley (SBN 157728)
Omer Salik (SBN 223056)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (fax)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

[additional counsel listed in signature block]

Attorneys for Plaintiffs DELANO FARMS CO., FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss     (pro hac vice)
Leon B. Greenfield   (pro hac vice)
Brian M. Boynton     (SBN 222193)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC., <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION, <br><br> Defendant. | CASE NO. 1:07-cv-01610-OWW-SMS <br><br> **STIPULATION AND ORDER REGARDING SCHEDULE** |

1

STIPULATION AND ORDER REGARDING SCHEDULE

1   WHEREAS the parties proposed, and it was agreed at the May 30, 2008 scheduling

2 conference, that the schedule in this case would be extended by the number of days corresponding to

3 the time from the scheduling conference until the date of a decision on the pending motion to

4 dismiss filed by the California Table Grape Commission and that the parties would submit a

5 stipulation setting forth a revised schedule following a decision on the motion to dismiss;

6   IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,

7 subject to approval by the Court, that the schedule in this case set forth in the Court's June 3, 2008

8 Scheduling Order is extended by the number of days corresponding to the time from the scheduling

9 conference until the date of a decision on the pending motion to dismiss filed by the California Table

10 Grape Commission and that the parties shall submit a stipulation setting forth a revised schedule

11 following a decision on the motion to dismiss.

12

13   Dated:  June 9, 2008

Brian C. Leighton     (SBN 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Lawrence M. Hadley  (SBN 157728)
Omer Salik     (SBN 223056)
HENNIGAN BENNETT AND DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

Ralph B. Wegis       (SBN 67966)
THE LAW OFFICES OF RALPH B. WEGIS
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

2

STIPULATION AND ORDER REGARDING SCHEDULE

/s/ Lawrence M. Hadley (as authorized 6-9-08)
_____
Brian C. Leighton

Attorneys for Plaintiffs DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss     (pro hac vice)
Leon B. Greenfield    (pro hac vice)
Brian M. Boynton      (SBN 222193)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: June 13, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge

3

STIPULATION AND ORDER REGARDING SCHEDULE