Brian C. Leighton    (SBN 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California 93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Lawrence M. Hadley (SBN 157728)
Omer Salik (SBN 223056)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (fax)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

[additional counsel listed in signature block]

Attorneys for Plaintiffs DELANO FARMS CO., FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss    (pro hac vice)
Leon B. Greenfield  (pro hac vice)
Brian M. Boynton    (SBN 222193)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC., <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION, <br><br> Defendant. | CASE NO. 1:07-cv-01610-OWW-SMS <br><br> **STIPULATION AND ORDER REGARDING THE CALIFORNIA TABLE GRAPE COMMISSION'S RESPONSE TO PLAINTIFFS' COMPLAINT** |

1

STIPULATION AND ORDER REGARDING CTGC RESPONSE TO PLAINTIFFS' COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on February 20, 2009, the Court issued a decision granting in part and denying in part the Commission's motion to dismiss Plaintiffs' complaint, *see* Dkt. No. 42;

WHEREAS the Court granted Plaintiffs leave to amend certain claims in their complaint, and Plaintiffs intend to file an amended complaint; and

WHEREAS under Federal Rule of Civil Procedure 12(a)(4), the Commission's response to Plaintiffs' initial complaint would be due Friday, March 7, 2009, but the Commission believes it would be inefficient for it to respond to the initial complaint when Plaintiffs' intend to file an amended complaint;

IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, subject to approval by the Court, that the Commission need not respond to Plaintiffs' initial complaint and will, instead, respond to Plaintiffs' anticipated amended complaint.

Dated: March 3, 2009

Brian C. Leighton  (SBN 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California 93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Lawrence M. Hadley  (SBN 157728)
Omer Salik  (SBN 223056)
HENNIGAN BENNETT AND DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
(213) 694-1200
(213) 694-1234 (facsimile)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

Ralph B. Wegis  (SBN 67966)
THE LAW OFFICES OF RALPH B. WEGIS
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)

2

STIPULATION AND ORDER REGARDING CTGC RESPONSE TO PLAINTIFFS' COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Lawrence M. Hadley (as authorized 3-3-2009)
_____
Lawrence M. Hadley

Attorneys for Plaintiffs DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss (pro hac vice)
Leon B. Greenfield (pro hac vice)
Brian M. Boynton (SBN 222193)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: March 11, 2009

<u>/s/ OLIVER W. WANGER</u>
Oliver W. Wanger
United States District Judge

3

STIPULATION AND ORDER REGARDING CTGC RESPONSE TO PLAINTIFFS' COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com