# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CALIFORNIA TALE GRAPE COMMISSION, <br><br> Defendants. | Case No. 1:07-cv-01610-OWW-SMS <br><br> **ORDER AMENDING SCHEDULING CONFERENCE ORDER** <br><br> (Please note date changes) |

In accordance with the stipulation of the parties and this Court's June 9, 2008 Stipulation and Order Regarding Schedule, the dates contained in the June 3, 2008 Scheduling Order are hereby amended as follows:

| | |
|---|---|
| Initial Disclosure Deadline | March 28, 2009 |
| Deadline to Amend Pleadings | March 20, 2009 |
| Non-Expert Discovery Deadline | September 24, 2009 |
| Disclosure of Expert Witnesses | August 8, 2009 |
| Disclosure of Rebuttal Expert Witnesses | September 8, 2009 |

| | |
|---|---|
| Discovery Cut-Off | October 9, 2009 |
| Non-Dispositive Motion Filing Deadline | October 27, 2009 |
| Hearing Deadline for Non-Dispositive Motions | December 4, 2009 |
| Dispositive Motion Filing Deadline | November 10, 2009 |
| Hearing Deadline for Dispositive Motions | December 14, 2009 |
| Settlement Conference Date | October 21, 2009 |
| Pre-Trial Conference | January 19, 2010 |
| Trial Date | March 2, 2010 |

IT IS SO ORDERED

Dated: 3/6/2009 /s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE