# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION, THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND THOMAS J. VILSACK, SECRETARY OF AGRICULTURE (IN HIS OFFICIAL CAPACITY),<br><br>Defendants. | CASE NO. 1:07-cv-01610-OWW-SMS<br><br>**ORDER GRANTING CALIFORNIA TABLE GRAPE COMMISSION'S <u>EXPEDITED</u> APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Upon consideration of the California Table Grape Commission's Expedited Application for an Extension of Time to Respond to Plaintiffs' First Amended Complaint, good cause having been shown, it is hereby

ORDERED that the California Table Grape Commission's application is GRANTED and that the Commission need not respond to Plaintiffs' first amended complaint until April 15, 2009.

DATED: March 25, 2009

/s/ OLIVER W. WANGER
The Hon. Oliver W. Wanger
United States District Judge

PROPOSED ORDER GRANTING CTGC APP. FOR EXTENSION OF TIME

PDF created with pdfFactory trial version www.pdffactory.com