Brian C. Leighton    (SBN 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Lawrence M. Hadley (SBN 157728)
Omer Salik (SBN 223056)
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (fax)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

[additional counsel listed in signature block]

Attorneys for Plaintiffs DELANO FARMS CO., FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss    (pro hac vice)
Leon B. Greenfield   (pro hac vice)
Brian M. Boynton     (SBN 222193)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.,<br><br>v.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION,<br><br>           Defendant. | CASE NO. 1:07-cv-01610-OWW-SMS<br><br>**STIPULATION AND ORDER REGARDING THE CALIFORNIA TABLE GRAPE COMMISSION'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT** |

1

STIPULATION AND ORDER REGARDING CTGC RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS on October 27, 2009, the Court issued a decision granting in part and denying in
2   part the Commission's motion to dismiss Plaintiffs' First Amended Complaint, *see* Dkt. No. 84;
3   WHEREAS the Court granted Plaintiffs leave to amend their "license-related APA claims,"
4   *id.* at 76;
5   WHEREAS the deadline for Plaintiffs to file a Second Amended Complaint is November 16,
6   2009, *see id.* at 77; and
7   WHEREAS under Federal Rule of Civil Procedure 12(a)(4), the Commission's response to
8   the claims of Plaintiffs' First Amended Complaint that were not dismissed would be due on
9   November 10, 2009, but the Commission believes it would be inefficient for it to respond to those
10  claims when Plaintiffs may file a Second Amended Complaint;
11  IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel,
12  subject to approval by the Court, that (1) the Commission's time to respond to the claims of
13  Plaintiffs' First Amended Complaint that were not dismissed is extended to December 7, 2009, and
14  (2) if Plaintiffs file a Second Amended Complaint, the Commission need not respond to Plaintiffs'
15  First Amended Complaint and will, instead, respond to Plaintiffs' Second Amended Complaint by
16  December 7, 2009.

Dated:  November 4, 2009

Brian C. Leighton     (SBN 090907)
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, California  93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

Lawrence M. Hadley  (SBN 157728)
Omer Salik     (SBN 223056)
HENNIGAN BENNETT AND DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
(213) 694-1200
(213) 694-1234 (facsimile)
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

2

STIPULATION AND ORDER REGARDING CTGC RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Ralph B. Wegis       (SBN 67966)
THE LAW OFFICES OF RALPH B. WEGIS
1930 Truxtun Avenue
Bakersfield, CA 93301
(661) 635-2100
(661) 635-2107 (facsimile)


/s/ Lawrence M. Hadley (as authorized 11-4-2009)
_____
Lawrence M. Hadley

Attorneys for Plaintiffs DELANO FARMS
COMPANY, FOUR STAR FRUIT, INC., AND
GERAWAN FARMING, INC.


Randolph D. Moss      (pro hac vice)
Leon B. Greenfield    (pro hac vice)
Brian M. Boynton      (SBN 222193)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

/s/ Brian M. Boynton
_____
Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE
GRAPE COMMISSION

**ORDER**

IT IS SO ORDERED

Dated: November 5, 2009

_/s/ OLIVER W. WANGER_____
Oliver W. Wanger
United States District Judge

3

STIPULATION AND ORDER REGARDING CTGC RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com