TONY WEST
Assistant Attorney General
JOHN FARGO
Director
LAWRENCE G. BROWN
Acting United States Attorney
SUSAN L. C. MITCHELL
Trial Attorney
United States Department of Justice
Commercial Litigation Branch
Civil Division
Washington, D.C.  20530
Telephone: (202) 616-8116
Facsimile: (202) 307-0345
E-mail:  susan.mitchell@usdoj.gov

Attorneys for the United States of America, the United States
Department of Agriculture, and Tom Vilsack

**UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., and GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) <br><br> Defendants. | CASE NO. 1:07-CV-1610 OWW (SMS) <br><br> **STIPULATION AND ORDER REGARDING A SIXTY-DAY EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

WHEREAS on November 16, 2009, the Plaintiffs filed a Second Amended Complaint (SAC) asking the Court under the Administrative Procedures Act to hold unlawful and set aside the government's grant of exclusive licenses for the patented varieties to the Commission, actions that allegedly violate a provision of the Bayh-Dole Act, 35 U.S.C. § 209(a), *see* Dkt. No. 87 at ¶¶ 64 – 83;

WHEREAS the deadline for the government to answer or otherwise respond to the SAC is Friday, December 4, 2009, *see* Fed. R. Civ. P. 6(a) and (d);

WHEREAS the government requires additional time to gather the administrative record culminating in the government's decisions to grant the exclusive licenses for the patented varieties to the Commission, assure the completeness of such records, lodge these with the Court, and serve them on all parties;

IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, subject to approval by the Court, that all defendants time to answer or otherwise respond to the SAC be extended by sixty days until Tuesday, February 2, 2010.  The government will also serve all parties with a copy of the administrative records described above by Tuesday, February 2, 2010.

Dated: November 30, 2009

Lawrence M. Hadley (SBN 157728)
Omer Salik (SBN 223056)
HENNIGAN BENNETT AND DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Tel: (213) 694-1200
Fax: (213) 694-1234
hadleyl@hbdlawyers.com
saliko@hbdlawyers.com

 /s/ Lawrence M. Hadley (as authorized on Nov. 30, 2009)
Lawrence M.Hadley

Attorneys for Plaintiffs DELAN FARMS COMPANY, FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss (pro hac vice)
Leon B. Greenfield (pro hac vice)
Brian M. Boynton (SBN 222193)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel: (202) 663-6000
Fax: (202) 663-6363
randolph.moss@wilmerhale.com
leon.greenfield@wilmerhale.com
brian.boynton@wilmerhale.com

|   |   |
|---|---|
| 1 | /s/ Brian M. Boynton (as authorized on Nov. 30, 2009) |
| 2 | Brian M. Boynton |
| 3 | Attorneys for Defendant THE CALIFORNA TABLE GRAPE COMMISSION |

TONY WEST
Assistant Attorney General

JOHN J. FARGO
Director

LAWRENCE G. BROWN
Acting United States Attorney

 /s/Susan L. C. Mitchell
SUSAN L. C. MITCHELL
Attorney
Civil Division
Department of Justice
Washington, D. C.  20530
E-mail: susan.mitchell@usdoj.gov
Telephone:  (202) 616-8116
Facsimile:   (202) 307-0345

Attorneys for Defendants THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND TOM VILSACK

IT IS SO ORDERED.

Dated:   **December 7, 2009**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

STIPULATION FOR A SIXTY-DAY EXTENSION FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT