LAW OFFICES OF BRIAN C. LEIGHTON
BRIAN C. LEIGHTON (SBN 090907)
701 Pollasky Avenue
Clovis, CA  93612
Phone: (559) 297-6190
Fax (559) 297-6194
bleighton@arrival.net

LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
OMER SALIK (SBN 223056)
saliko@hbdlawyers.com
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107

Attorneys for Plaintiffs
DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.;
GERAWAN FARMING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) <br><br> Defendants. | Case No. 1:07-cv-01610-OWW-SMS <br><br> **PLAINTIFFS' RE-NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF ORDERS FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. §1292(b)** <br><br> Date:        April 12, 2010 <br> Time:       10:00 a.m. <br> Judge:      Hon. Oliver W. Wanger <br> Crtrm:      #3 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 12, 2010, at 10:00 a.m. or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Oliver W. Wanger, Plaintiffs Delano Farms Company, Four Stars Fruit, Inc., and Gerawan Farming, Inc. will, and hereby do, move the above-captioned Court pursuant to 28 U.S.C. §1292(b) for an order certifying for review the Court's (1) February 18, 2009 Memorandum Decision and Order [Granting in Part and Denying in Part] Defendant's Motion to Dismiss and [Denying] Defendant's Motion to Strike; and (2) October 27, 2009 Memorandum Decision and Order Re Federal Defendants' (Doc. 69) and California Table Commission's (Doc. 67) Motions to Dismiss.

This motion was previously noticed for hearing on March 29, 2010, but is now re-noticed for hearing on April 12, 2010 due to a scheduling conflict. This motion is based on this Notice of Motion and Motion, the Memorandum in Support filed on January 8, 2010 (Doc. 94), the Proposed Order lodged on January 8, 2010 (Doc. 93-2), the complete record and files of this action, and such additional argument and evidence as may be presented to the Court.

DATED:   January 26, 2010          HENNIGAN, BENNETT & DORMAN LLP


By_____/s/ Omer Salik_____
    Lawrence M. Hadley
    Omer Salik

Attorneys for Plaintiffs
DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC.

-1-

Case No. 1:07-cv-01610-OWW-SMS          Notice of Motion and Motion for Certification of Order for Interlocutory Appeal