**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; AND GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; AND TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY), <br><br> Defendants. | 1:07-cv-01610-OWW-SMS <br><br> **ORDER DISMISSING PLAINTIFFS' SECOND AMENDED COMPLAINT WITHOUT LEAVE TO AMEND AND DENYING AS MOOT PLAINTIFFS' MOTION FOR CERTIFICATION OF ORDERS FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

Upon consideration of Defendants United States of America, the United States Department of Agriculture, and Tom Vilsack, Secretary of the United States Department of Agriculture's ("Federal Defendants") Motion To Dismiss Plaintiffs' Second Amended Complaint (Doc. 99) and supporting papers; Defendant The California Table Grape Commission's ("Commission") Motion To Dismiss Plaintiffs' Second Amended Complaint (Doc. 101) and supporting papers; Plaintiffs Delano Farms Company, Four Star Fruit, Inc., and Gerawan Farming, Inc.'s ("Plaintiffs") opposition memorandum; and the arguments of the parties, IT IS HEREBY ORDERED THAT, for the reasons set forth in the Court's Memorandum Decision filed July 26, 2010 (Doc. 121), and the Court's prior decisions in this matter, the Federal Defendants' Motion To Dismiss is GRANTED, the Commission's Motion To Dismiss is GRANTED, and Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE and WITHOUT LEAVE TO AMEND.

In light of the Court's dismissal of Plaintiffs' Second Amended Complaint without leave to amend, IT IS HEREBY FURTHER ORDERED THAT Plaintiffs' Motion for Certification of Orders for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. 93) is DENIED AS MOOT.

1   The Clerk of the Court shall enter judgment dismissing this action in its entirety with
2  prejudice.
3
4
5
6  IT IS SO ORDERED.
7   Dated:  **August 2, 2010**                    **/s/ Oliver W. Wanger**
8                                                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28