# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DELANO FARMS COMPANY, ET AL.,**

CASE NO: **1:07–CV–01610–OWW–SMS**

v.

**THE CALIFORNIA TABLE GRAPE COMMISSION, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 8/2/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 2, 2010**

by: /s/ S. Sant Agata
Deputy Clerk