LAW OFFICES OF BRIAN C. LEIGHTON
BRIAN C. LEIGHTON (SBN 090907)
701 Pollasky Avenue
Clovis, CA  93612
Phone: (559) 297-6190
Fax (559) 297-6194
bleighton@arrival.net

LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
OMER SALIK (SBN 223056)
saliko@hbdlawyers.com
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:     (213) 694-1200
Facsimile:      (213) 694-1234

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107

Attorneys for Plaintiffs
DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY)<br><br>Defendants. | Case No. 1:07-cv-01610-OWW-SMS<br><br>**NOTICE OF APPEAL** |

1    NOTICE IS HEREBY GIVEN that Plaintiffs, Delano Farms Company; Four Star Fruit, Inc.; and Gerawan Farming, Inc., hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment by the Honorable Oliver W. Wanger entered in this action on August 2, 2010 (Doc. No. 124) in favor of Defendants The California Table Grape Commission; United States of America; United States Department of Agriculture; and Tom Vilsack, Secretary of the United States Department of Agriculture (in his official capacity), and based upon the Court's Memorandum Decision and Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and Denying Defendants' Motion to Strike (Doc. No. 42); Memorandum Decision and Order Granting in Part and Denying in Part Federal Defendants' and Commission's Motions to Dismiss (Doc. No. 84), Memorandum Decision Granting Motions to Dismiss and Finding as Moot Motion for Certificate of Appealability (Doc. No. 121), and Order Dismissing Plaintiffs' Second Amended Complaint Without Leave to Amend and Denying as Moot Plaintiffs' Motion for Certification of Orders for Interlocutory Appeal (Doc. No. 123).

DATED:   August 30, 2010            HENNIGAN, BENNETT & DORMAN LLP


                                    By _____/s/ Omer Salik_____
                                              Lawrence M. Hadley
                                              Omer Salik

                                    Attorneys for Plaintiffs
                                    DELANO FARMS COMPANY; FOUR STAR
                                    FRUIT, INC.; GERAWAN FARMING, INC.