UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**DELANO FARMS COMPANY, ET AL.,**
      Plaintiff

    v.                                         **CASE NO. 1:07–CV–01610–OWW–SMS**

**THE CALIFORNIA TABLE GRAPE COMMISSION, ET AL.,**
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **August 30, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 30, 2010

                            **VICTORIA C. MINOR**
                            **CLERK OF COURT**

                    **by:**  /s/  J. Hellings

                        Deputy Clerk