UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION, et al., <br><br> Defendants. | Case No.: 1: 07-cv-01610  LJO JLT <br><br> ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER <br><br> (Doc. 154) |

Before the Court is the stipulation for a protective order related to documents produced in discovery related to otherwise confidential information related to commercial, financial, proprietary or personal information, including information regarding the growers' operations.

With the understanding that any request of the Court to seal documents will comply with Local Rule 141, the Court **GRANTS** the stipulated protective order.

IT IS SO ORDERED.

Dated:  **March 23, 2012**                                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE