Lawrence M. Hadley (SBN 157728)
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (fax)
lhadleyl@mckoolsmithhennigan.com

Attorneys for Plaintiffs DELANO FARMS CO., FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

Randolph D. Moss    (pro hac vice)
Brian M. Boynton    (SBN 222193)
Thomas G. Saunders  (pro hac vice)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com
thomas.saunders@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; AND GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; AND TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY), <br><br> Defendants. | CASE NO. 1:07-cv-01610  LJO JLT <br><br> **STIPULATION REGARDING HEARING ON MOTION TO AMEND AND MID-DISCOVERY STATUS CONFERENCE** |

1

1    WHEREAS, pursuant to the scheduling order entered on February 16, 2012, the parties are currently scheduled to appear at a mid-discovery status conference on May 18, 2012, at 9:30 a.m., before the Honorable Jennifer L. Thurston, United States Magistrate Judge;

WHEREAS, as described in the attached declaration, counsel for the California Table Grape Commission are counsel in an administrative hearing set to begin on May 7, 2012, and to end on May 18, 2012;

WHEREAS, on April 6, 2012, plaintiffs filed a Motion for Leave to File a Third Amended Complaint (Dkt. No. 156);

WHEREAS, the hearing on plaintiffs' motion is currently scheduled for April 26, 2012, which is 20 days after the date of filing of the motion;

WHEREAS, Local Rule 230(b) provides that, without leave a court, a civil motion should be set for hearing no earlier than 28 days after the motion is filed and served;

WHEREAS, the parties agree that the hearing date on plaintiffs' motion for leave to amend should be moved to a date at least 28 days from the date the motion was filed, and further agree that it would be most efficient to hold the hearing on plaintiffs' motion on the same date as the mid-discovery status conference;

IT IS HEREBY STIPULATED by the parties to this case, through their respective counsel, subject to the Court's availability and approval, as follows:

1. The mid-discovery status conference, which is currently scheduled for May 18, 2012, shall be rescheduled for May 21, 2012, or the first available date thereafter that is convenient for the Court; and

2. The hearing on plaintiffs' Motion for Leave to File a Third Amended Complaint (Dkt. No. 156), which is currently scheduled for April 26, 2012, shall be rescheduled for May 21, 2012, or the first available date thereafter that is convenient for the Court.

1
2  DATED:   April 12, 2012           WILMER CUTLER PICKERING
3                                     HALE AND DORR LLP
   Randolph D. Moss     (pro hac vice)
   Brian M. Boynton     (SBN 222193)
4  Thomas G. Saunders   (pro hac vice)
   1875 Pennsylvania Avenue, N.W.
5  Washington, D.C.  20006
   (202) 663-6000
6  (202) 663-6363 (fax)
   randolph.moss@wilmerhale.com
7  brian.boynton@wilmerhale.com
   thomas.saunders@wilmerhale.com
8
9  By  /s/ Brian M. Boynton
          Brian M. Boynton
10
   Attorneys for Defendant THE CALIFORNIA TABLE
11 GRAPE COMMISSION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    3
28
   STIPULATION REGARDING HEARING ON MOTION TO AMEND
                       AND MID-DISCOVERY STATUS CONFERENCE

| | |
|---|---|
| DATED:   April 12, 2012 | HENNIGAN, BENNETT & DORMAN LLP<br>LAWRENCE M. HADLEY (SBN 157728)<br>hadleyl@hbdlawyers.com<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone:  (213) 694-1200<br>Facsimile:  (213) 694-1234<br>lhadley@McKoolSmithHennigan.com<br><br>THE LAW OFFICES OF RALPH B. WEGIS<br>RALPH B. WEGIS (SBN 67966)<br>1930 Truxtun Avenue<br>Bakersfield, CA  93301<br>Telephone:  (661) 635-2100<br>Facsimile:  (661) 635-2107<br><br>LAW OFFICES OF BRIAN C. LEIGHTON<br>BRIAN C. LEIGHTON (SBN 090907)<br>701 Pollasky Avenue<br>Clovis, CA  93612<br>Phone: (559) 297-6190<br>Facsimile: (559) 297-6194<br>bleighton@arrival.net<br><br>Attorneys for Plaintiffs DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC.;<br><br><br>By  /s/ Lawrence M. Hadley (as authorized 4/11/2012)<br>        Lawrence M. Hadley |

DATED:   April 11, 2012

STUART DELERY
Acting Assistant Attorney General
JOHN FARGO
Director
BENJAMIN B. WAGNER
United States Attorney
SUSAN L. C. MITCHELL
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION
Washington, D.C. 20530


By _____
       Susan L. C. Mitchell

Attorneys for Defendants
THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND TOM VILSACK

**ORDER**

Good cause appearing, the Court **ORDERS:**

1. The mid-discovery status conference, currently set on May 18, 2012, is **CONTINUED** to May 22, 2012 at 9:00 a.m.;

2. The hearing on plaintiffs' Motion to file an amended complaint (Doc. 156) currently scheduled for April 26, 2012, is **CONTINUED** to May 22, 2012 at 9:00 a.m.;

3. Counsel are authorized to appear by CourtCall provided they submit written notification of their intent to appear by telephone to aleon-guerrero@caed.uscourts.gov, at least 5 court days before the hearing.

IT IS SO ORDERED.

Dated:   **April 12, 2012**        **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

5

STIPULATION REGARDING HEARING ON MOTION TO AMEND
AND MID-DISCOVERY STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING HEARING ON MOTION TO AMEND
AND MID-DISCOVERY STATUS CONFERENCE