LAWRENCE M. HADLEY (SBN 157728)
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
lhadley@McKoolSmithHennigan.com

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 635-2100
Facsimile: (661) 635-2107

Attorneys for Plaintiffs DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC.; and for Third-Parties RB SANDRINI, INC., RB SANDRINI FARMS, L.P., RICHARD B. SANDRINI, and LAWRENCE LUDY

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TALE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) <br><br> Defendants. | Case No. 1:07-cv-01610-LJO-JLT <br><br> **STIPULATION REGARDING USE OF DISCOVERY FROM PRIOR LITIGATION** |

WHEREAS, the lawsuit *California Table Grape Commission v. R.B. Sandrini, et al.*, No. 1:06-cv-00842-OWW-TAG (E.D.Cal.) (the "*Sandrini* Case"), involved some issues common to those in the present lawsuit, and the parties to this case wish to avoid the unnecessary duplication of discovery efforts already expended in the prior litigation;

WHEREAS, Defendant the California Table Grape Commission ("Commission") was

previously a party to, and produced documents in, the *Sandrini* Case;

WHEREAS, Defendant United States Department of Agriculture produced documents pursuant to a third-party subpoena in the *Sandrini* Case;

WHEREAS, third parties RB Sandrini, Inc., RB Sandrini Farms, L.P., and Richard B. Sandrini were previously parties to, and produced documents in, the *Sandrini* Case;

WHEREAS, third party Lawrence Ludy produced documents in the *Sandrini* Case;

WHEREAS, information in certain documents and deposition transcripts in the *Sandrini* Case, as well as other documents containing that information, were designated as Confidential under the Stipulated Protective Order Regarding Confidential Discovery entered in the *Sandrini* case on November 13, 2006;

WHEREAS, certain documents containing confidential information were filed under seal in the *Sandrini* case;

WHEREAS, the Protective Order in the *Sandrini* case states that Confidential materials may be shared with "[o]thers, if the parties so agree in writing or orally on the record";

WHEREAS, the Protective Order in the *Sandrini* case states that "Confidential Materials may be used or disseminated by the parties receiving them only for purposes of prosecuting and defending these actions";

WHEREAS, the Scheduling Order entered in this case on February 16, 2012 states: "The parties agree that the discovery adduced in the Sandrini matter may be used in this litigation. The parties SHALL NOT duplicate this discovery but may, as needed, seek additional discovery on topics implicated by the Sandrini discovery";

IT IS HEREBY STIPULATED by the parties to this case, and by third parties RB Sandrini, Inc., RB Sandrini Farms, L.P., Richard B. Sandrini and Lawrence Ludy, through their respective counsel, subject to approval by the Court, as follows:

1.  Any documents produced during discovery in the *Sandrini* Case may be used in the present lawsuit as though such documents were produced during the course of discovery in the present lawsuit and need not be produced again;

2.  Any deposition testimony given by any party or third party witness during discovery

1  in the *Sandrini* case may be used in the present lawsuit as though such testimony was provided
2  during the course of discovery in the present lawsuit;
3      3.    Counsel for the Commission and counsel for the third parties that produced
4  documents in the *Sandrini* Case may provide documents produced in the *Sandrini* case to the parties
5  to this case; and
6      4.    The documents and deposition transcripts subject to this stipulation that were
7  previously designated "Confidential" under the Stipulated Protective Order entered in the *Sandrini*
8  case shall be governed by the Stipulated Protective Order entered in the present litigation as though
9  such materials were designated "Confidential" under the Stipulated Protective Order entered in this
10 litigation.
    By stipulating hereto, the parties are not waiving any objections regarding the admissibility of any evidence.

| | | |
|---|---|---|
| 1 | DATED:   May 14, 2012 | LAW OFFICES OF BRIAN C. LEIGHTON |
| | | BRIAN C. LEIGHTON (SBN 090907) |
| 2 | | 701 Pollasky Avenue |
| | | Clovis, CA  93612 |
| 3 | | Phone: (559) 297-6190 |
| | | Facsimile: (559) 297-6194 |
| 4 | | bleighton@arrival.net |

Attorney for Plaintiffs DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC.


LAWRENCE M. HADLEY (SBN 157728)
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234
lhadley@McKoolSmithHennigan.com

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107

        /s/ Lawrence M. Hadley (as authorized 5-14-12)
By _____
        Lawrence M. Hadley

Attorneys for Plaintiffs DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC.; and for Third-Parties RB SANDRINI, INC., RB SANDRINI FARMS, L.P., RICHARD SANDRINI, and LAWRENCE LUDY

| | |
|---|---|
| 1   DATED:   May 14, 2012 | STUART DELERY<br>Acting Assistant Attorney General |

DATED:   May 14, 2012                    STUART DELERY
                                         Acting Assistant Attorney General

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         JOHN FARGO
                                         Director, Intellectual Property Staff
                                         COMMERCIAL LITIGATION BRANCH
                                         CIVIL DIVISION
                                         UNITED STATES DEPARTMENT OF JUSTICE
                                         Washington, D.C. 20530
                                         Telephone:  (202) 514-7223

                                             /s/ John Fargo (as authorized 5-14-12)
                                         By _____
                                             John Fargo

                                         Attorneys for Defendants
                                         THE UNITED STATES OF AMERICA, THE
                                         UNITED STATES DEPARTMENT OF
                                         AGRICULTURE, AND TOM VILSACK

1

DATED:   May 14, 2012

2

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Randolph D. Moss  (pro hac vice)
Brian M. Boynton  (SBN 222193)
Thomas G. Saunders  (pro hac vice)
Deborah A. Yates  (pro hac vice)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com

   /s/ Brian M. Boynton
By _____
   Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA
TABLE GRAPE COMMISSION

IT IS SO ORDERED.

Dated:   **May 15, 2012**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

6
STIPULATION REGARDING USE OF DISCOVERY FROM PRIOR LITIGATION