IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, et al., | Case No. 1:07-cv-01610-LJO-JLT |
| Plaintiffs, | ORDER REQUIRING THE CALIFORNIA TABLE GRAPE COMMISSION TO PRODUCE UNREDACTED DOCUMENTS |
| v. | |
| THE CALIFORNIA TABLE GRAPE COMMISSION, et al., | |
| Defendants. | |

On August 1, 2012, the Court conducted an informal discovery conference. At issue were documents produced by Defendant, The California Table Grape Commission, related to "amnesty" granted to 18 growers for their possession of grape varieties at issue. The Commission has refused to produce unredacted copies of the amnesty "agreements" as to 14 growers because it had assured the growers that their identities would remain confidential.[1] Though The Commission expressed concerns that the growers may not wish the public and/or other growers to know they had these grape varieties during a specific period, The Commission did not wish time to provide formal briefing on the topic.

Based upon the argument of counsel, the Court **ORDERS**,

1.  The Commission SHALL produce to Plaintiffs' counsel unredacted copies of the

---

[1] The Commission has produced unredacted agreements as to four growers who have notified The Commission that they did not object to their identities being disclosed.

documents at issue, no later than August 10, 2012;

    2.    Immediately, the Commission **SHALL** notify the 14 growers at issue of this order to allow them to take steps, if they wish, to contest the revelation of their identities;

    3.    Counsel **SHALL** enter into a stipulated protective order related to this information which SHALL recognize that only upon the showing required by Local Rules 141, 141.1 will the Court consider filing this information under seal.  The stipulated protective order SHALL be filed no later than August 8, 2012;

    4.    In addition, the scheduling order is amended as follows:

        a.    All non-expert discovery SHALL be completed no later than November 5, 2012;

        b.    **No other modifications to the scheduling order are authorized**.

IT IS SO ORDERED.

Dated:   **August 1, 2012**                              /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE