LAW OFFICES OF BRIAN C. LEIGHTON
BRIAN C. LEIGHTON (SBN 090907)
701 Pollasky Avenue
Clovis, CA  93612
Phone: (559) 297-6190
Fax: (559) 297-6194
bleighton@arrival.net

LAWRENCE M. HADLEY (SBN 157728)
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:      (213) 694-1200
Facsimile:       (213) 694-1234
lhadley@McKoolSmithHennigan.com

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107

Attorneys for Plaintiffs
DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.;
GERAWAN FARMING, INC.

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CALIFORNIA TALE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) <br><br> Defendants. | Case No. 1:07-cv-01610-LJO-JLT <br><br> **STIPULATED PROTECTIVE ORDER – AMNESTY DOCUMENTS** |

Case No. 1:07-cv-01610- LJO-JLT                     STIPULATED PROTECTIVE ORDER – AMNESTY

1  WHEREAS this Court has ordered the California Table Grape Commission (the
2  "Commission") to produce unredacted copies of documents (the "Amnesty Documents") relating to
3  18 growers (the "Amnesty Growers") who participated in the Commission's "amnesty" program for
4  growers in possible possession of United States Department of Agriculture-developed table grape
5  varieties before their official release, *see* Dkt. No. 176;

6  WHEREAS the Commission promised Amnesty Growers confidentiality, and certain of the
7  Amnesty Growers have objected to release of their identifying information;

8  WHEREAS the Amnesty Documents may contain information that the Amnesty Growers
9  consider personal or confidential;

10  WHEREAS the parties agree that the Amnesty Documents, upon production in unredacted
11  form, should be designated and treated as "Confidential" pursuant to the Stipulated Protective Order
12  filed by the parties on March 22, 2012 (Dkt. No. 154) and granted by the Court on March 23, 2012
13  (Dkt. No. 155); and

14  WHEREAS the Court has informed the parties that only upon the showing required by Local
15  Rules 141. 141.1 will the Court consider a request by any party to file this information under seal;

16  IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Delano Farms
17  Company, Four Star Fruit, Inc. and Gerawan Farming, Inc., the Commission, and Defendants United
18  States of America, United States Department of Agriculture, and Tom Vilsack, Secretary of
19  Agriculture that—subject to approval of the Court—the Amnesty Documents be designated and
20  treated as "Confidential" pursuant to the Stipulated Protective Order filed by the parties on March
21  22, 2012 (Dkt. No. 154) and granted by the Court on March 23, 2012 (Dkt. No. 155).

22  ACCEPTED AND AGREED.

| | |
|---|---|
| DATED:   August 7, 2012 | LAW OFFICES OF BRIAN C. LEIGHTON<br>BRIAN C. LEIGHTON (SBN 090907)<br>701 Pollasky Avenue<br>Clovis, CA  93612<br>Phone: (559) 297-6190<br>Fax (559) 297-6194<br>bleighton@arrival.net<br><br>MCKOOL SMITH HENNIGAN, P.C.<br>LAWRENCE M. HADLEY (SBN 157728)<br>lhadley@McKoolSmithHennigan.com<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone:     (213) 694-1200<br>Facsimile:     (213) 694-1234<br><br>THE LAW OFFICES OF RALPH B. WEGIS<br>RALPH B. WEGIS (SBN 67966)<br>1930 Truxtun Avenue<br>Bakersfield, CA  93301<br>Telephone:  (661) 635-2100<br>Facsimile:  (661) 635-2107<br><br>     /s/ Lawrence M. Hadley (as authorized 8-7-12)<br>By_____<br>         Lawrence M. Hadley<br><br>Attorneys for Plaintiffs<br>DELANO FARMS COMPANY; FOUR STAR<br>FRUIT, INC.; GERAWAN FARMING, INC.<br><br><br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>Randolph D. Moss     (pro hac vice)<br>Brian M. Boynton     (SBN 222193)<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>(202) 663-6000<br>(202) 663-6363 (fax)<br>randolph.moss@wilmerhale.com<br>brian.boynton@wilmerhale.com<br><br>     /s/ Brian M. Boynton<br>By_____<br>         Brian M. Boynton<br><br>Attorneys for Defendant THE CALIFORNIA<br>TABLE GRAPE COMMISSION |

Case No. 1:07-cv-01610- LJO-JLT                           STIPULATED PROTECTIVE ORDER – AMNESTY

|   |   |
|---|---|
| 1 | STUART DELERY |
| 2 | Acting Assistant Attorney General |
|   | JOHN FARGO |
| 3 | Director, Intellectual Property Staff |
|   | BENJAMIN B. WAGNER |
| 4 | United States Attorney |
|   | United States Department of Justice |
| 5 | Commercial Litigation Branch |
|   | Civil Division |
| 6 | Washington, D.C. 20530 |

/s/ John Fargo (as authorized 8-7-12)
By_____
      John Fargo

Attorneys for Defendants
THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND TOM VILSACK

IT IS SO ORDERED.

Dated:  **August 8, 2012**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE