1  LAW OFFICES OF BRIAN C. LEIGHTON
   BRIAN C. LEIGHTON (SBN 090907)
2  701 Pollasky Avenue
   Clovis, CA  93612
3  Phone: (559) 297-6190
   Fax: (559) 297-6194
4  bleighton@arrival.net

5  LAWRENCE M. HADLEY (SBN 157728)
   MCKOOL SMITH HENNIGAN, P.C.
6  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
7  Telephone:      (213) 694-1200
   Facsimile:      (213) 694-1234
8  lhadley@McKoolSmithHennigan.com

9  THE LAW OFFICES OF RALPH B. WEGIS
   RALPH B. WEGIS (SBN 67966)
10 1930 Truxtun Avenue
   Bakersfield, CA  93301
11 Telephone:  (661) 635-2100
   Facsimile:  (661) 635-2107
12

13 Attorneys for Plaintiffs
   DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.;
14 GERAWAN FARMING, INC.

15 [Additional counsel listed on signature page]

16             UNITED STATES DISTRICT COURT

17             EASTERN DISTRICT OF CALIFORNIA

18

19 DELANO FARMS COMPANY; FOUR STAR        ) Case No. 1:07-cv-01610-LJO-JLT
   FRUIT, INC.; GERAWAN FARMING, INC.,    )
20                                        ) **STIPULATED PROTECTIVE ORDER –**
                            Plaintiffs,   ) **AMNESTY DOCUMENTS**
21                                        )
              vs.                         )
22                                        )
   THE CALIFORNIA TALE GRAPE              )
23 COMMISSION; UNITED STATES OF           )
   AMERICA; UNITED STATES DEPARTMENT      )
24 OF AGRICULTURE; TOM VILSACK,           )
   SECRETARY OF AGRICULTURE (IN HIS       )
25 OFFICIAL CAPACITY)                     )
                                          )
26                          Defendants.   )
                                          )
27 _____)

28

1    WHEREAS this Court has ordered the California Table Grape Commission (the

2  "Commission") to produce unredacted copies of documents (the "Amnesty Documents") relating to

3  18 growers (the "Amnesty Growers") who participated in the Commission's "amnesty" program for

4  growers in possible possession of United States Department of Agriculture-developed table grape

5  varieties before their official release, *see* Dkt. No. 176;

6    WHEREAS the Commission promised Amnesty Growers confidentiality, and certain of the

7  Amnesty Growers have objected to release of their identifying information;

8    WHEREAS the Amnesty Documents may contain information that the Amnesty Growers

9  consider personal or confidential;

10    WHEREAS the parties agree that the Amnesty Documents, upon production in unredacted

11 form, should be designated and treated as "Confidential" pursuant to the Stipulated Protective Order

12 filed by the parties on March 22, 2012 (Dkt. No. 154) and granted by the Court on March 23, 2012

13 (Dkt. No. 155); and

14    WHEREAS the Court has informed the parties that only upon the showing required by Local

15 Rules 141. 141.1 will the Court consider a request by any party to file this information under seal;

16    IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Delano Farms

17 Company, Four Star Fruit, Inc. and Gerawan Farming, Inc., the Commission, and Defendants United

18 States of America, United States Department of Agriculture, and Tom Vilsack, Secretary of

19 Agriculture that—subject to approval of the Court—the Amnesty Documents be designated and

20 treated as "Confidential" pursuant to the Stipulated Protective Order filed by the parties on March

21 22, 2012 (Dkt. No. 154) and granted by the Court on March 23, 2012 (Dkt. No. 155).

22    ACCEPTED AND AGREED.

23

24

25

26

27

28

| | |
|---|---|
| 1 | DATED:   August 7, 2012 |

LAW OFFICES OF BRIAN C. LEIGHTON
BRIAN C. LEIGHTON (SBN 090907)
701 Pollasky Avenue
Clovis, CA  93612
Phone: (559) 297-6190
Fax (559) 297-6194
bleighton@arrival.net

MCKOOL SMITH HENNIGAN, P.C.
LAWRENCE M. HADLEY (SBN 157728)
lhadley@McKoolSmithHennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:      (213) 694-1200
Facsimile:      (213) 694-1234

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 635-2100
Facsimile:  (661) 635-2107

        /s/ Lawrence M. Hadley (as authorized 8-7-12)
By_____
        Lawrence M. Hadley

Attorneys for Plaintiffs
DELANO FARMS COMPANY; FOUR STAR
FRUIT, INC.; GERAWAN FARMING, INC.

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Randolph D. Moss      (pro hac vice)
Brian M. Boynton      (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com

        /s/ Brian M. Boynton
By_____
        Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA
TABLE GRAPE COMMISSION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STUART DELERY
Acting Assistant Attorney General
JOHN FARGO
Director, Intellectual Property Staff
BENJAMIN B. WAGNER
United States Attorney
United States Department of Justice
Commercial Litigation Branch
Civil Division
Washington, D.C. 20530

      /s/ John Fargo (as authorized 8-7-12)
By_____
     John Fargo

Attorneys for Defendants
THE UNITED STATES OF AMERICA, THE
UNITED STATES DEPARTMENT OF
AGRICULTURE, AND TOM VILSACK

IT IS SO ORDERED.

   Dated:   **August 8, 2012**            **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE