UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TALE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) <br><br> Defendants. | Case No. 1:07-cv-01610-LJO-JLT <br><br> **ORDER REGARDING DISMISSAL OF THE FIRST, FOURTH, FIFTH, AND SIXTH CLAIMS FOR RELIEF IN PLAINTIFFS' THIRD AMENDED COMPLAINT** |

The parties have entered into a Settlement Agreement and Release that resolves all claims relating to U.S. Patent No. PP15,891, entitled "Grapevine Plant Denominated 'Sweet Scarlet'" (the "'891 patent").

Pursuant to the Stipulation of Dismissal relating to the Sweet Scarlet variety by and among Plaintiffs Delano Farms Company, Four Star Fruit, Inc., and Gerawan Farming (collectively "Plaintiffs"); and Defendants the United States of America, the United States Department of Agriculture, and Tom Vilsack, Secretary of Agriculture (in his official capacity) (collectively "Federal Defendants"); and the California Table Grape Commission ("Commission"):

IT IS HEREBY ORDERED THAT:

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), the First, and Fourth, Fifth, and

Sixth Claims for Relief set forth in Plaintiffs' Third Amended Complaint shall be dismissed with prejudice;

    2.    Each Party shall bear its own costs and attorneys' fees in this litigation relating to the First, Fourth, Fifth, and Sixth Claims for Relief, the '891 patent, and/or the Sweet Scarlet variety.

    3.    This dismissal shall not affect Plaintiffs' remaining claims for relief.

The clerk is directed not to close this order.

IT IS SO ORDERED.

Dated:   **November 13, 2012**            /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE