# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELANO FARMS COMPANY, et al., | ) | Case No. 1:07-cv-01610-LJO-JLT |
| | ) | |
| Plaintiffs, | ) | **ORDER REGARDING DEADLINE FOR FILING DISPOSITIVE MOTIONS** |
| | ) | |
| v. | ) | |
| | ) | |
| THE CALIFORNIA TALE GRAPE COMMISSION, et al., | ) | (Doc. 182) |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation Regarding Deadline for Filing Dispositive Motions filed by the parties on November 20, 2012 (Doc. 182), the Court **CLARIFIES**:

1. The deadline for filing Dispositive Motions is January 17, 2013;

2. The deadline for hearing dispositive motions is February 28, 2013;

3. No other modifications to the scheduling order are authorized.

IT IS SO ORDERED.

Dated:   **November 20, 2012**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE