**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; AND GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; AND TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY), <br><br> Defendants. | CASE NO. 1:07-cv-01610-LJO-JLT <br><br> **[PROPOSED] ORDER GRANTING THE CALIFORNIA TABLE GRAPE COMMISSION'S REQUEST TO SEAL EXHIBITS 1-4 OF THE DECLARATION OF RONALD E. TARAILO** |

Upon consideration of the California Table Grape Commission's Request To Seal Exhibits 1-4 of the Declaration of Ronald E. Tarailo, and finding good cause for the relief requested therein,

**IT IS HEREBY ORDERED** that the California Table Grape Commission's Request To Seal Exhibits 1-4 of the Declaration of Ronald E. Tarailo is **GRANTED.**

IT IS SO ORDERED.

Dated: **January 18, 2013**           **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1