IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, et al., | Case No. 1:07-cv-01610-LJO-JLT |
| Plaintiffs, | ORDER DENYING APPLICATION OF ATTORNEY CYNTHIA VREELAND TO APPEAR PRO HAC VICE |
| v. | |
| THE CALIFORNIA TABLE GRAPE COMMISSION, et al., | (Doc. 226) |
| Defendants. | |

On May 17, 2013, attorney Cynthia D. Vreeland submitted her application to appear pro hac vice for Defendant, The California Table Grape Commission. (Doc. 226) Ms. Vreeland demonstrates she is in good standing in the United States District Court in the District of Massachusetts. (Doc. 226 at 6) She asserts she has not been granted pro hac vice status in any other case in this District within the last year (Id. at 2) and she has paid the fee required by the application. Though Ms. Vreeland has met the requirements of this Court's Local Rule 180(b), Judge Haddon does not permit more than two attorney per party to appear pro hac vice. Therefore, the application is **DENIED**.

///

///

///

///

1

The California Table Grape Commission may seek reconsideration of this decision directly to Judge Haddon within 14 days of service of this order. (L.R. 303(b)).

IT IS SO ORDERED.

Dated: **May 20, 2013**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE