IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELANO FARMS COMPANY;
FOUR STAR FRUIT, INC.; AND
GERAWAN FARMING, INC.,

    Plaintiffs,

vs.

THE CALIFORNIA TABLE GRAPE
COMMISSION; UNITED STATES OF
AMERICA; UNITED STATES
DEPARTMENT OF AGRICULTURE;
AND TOM VILSACK, SECRETARY
OF THE UNITED STATES
DEPARTMENT OF AGRICULTURE
(IN HIS OFFICIAL CAPACITY),

    Defendants.

1:07-CV-01610-SEH-JLT

ORDER

Pending before the Court is Defendant The California Table Grape Commission's Unopposed Request for Reconsideration by the District Court of Magistrate Judge's Ruling and Motion for Leave to Withdraw Appearances,[1]

ORDERED:

Leave of Court for Leon B. Greenfield, Esq., Thomas Saunders, Esq., and Deborah A. Yates, Esq. to withdraw as *pro hac vice* counsel for Defendant The California Table Grape Commission is GRANTED.

---

[1] Document No. 238.

1

Upon withdrawal of Leon B. Greenfield, Esq., Thomas Saunders, Esq., and Deborah A. Yates, Esq., the *pro hac vice* application of Cynthia Vreeland may be resubmitted.

DATED this 23rd day of May, 2013.

_____
SAM E. HADDON
United States District Judge