# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; AND GERAWAN FARMING, INC., | 1:07-CV-01610-SEH-JLT |
| Plaintiffs, | ORDER |
| vs. | |
| THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; AND TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY), | |
| Defendants. | |

Pending before the Court is Defendant The California Table Grape Commission's Unopposed Request for Reconsideration by the District Court of Magistrate Judge's Ruling and Motion for Leave to Withdraw Appearances,[1]

ORDERED:

Leave of Court for Leon B. Greenfield, Esq., Thomas Saunders, Esq., and Deborah A. Yates, Esq. to withdraw as *pro hac vice* counsel for Defendant The California Table Grape Commission is GRANTED.

---

[1] Document No. 238.

1

Upon withdrawal of Leon B. Greenfield, Esq., Thomas Saunders, Esq., and Deborah A. Yates, Esq., the *pro hac vice* application of Cynthia Vreeland may be resubmitted.

DATED this 23rd day of May, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

2