IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY, et al., | Case No. 1:07-cv-01610-LJO-JLT |
| Plaintiffs, | ORDER GRANTING APPLICATION OF ATTORNEY CYNTHIA VREELAND TO APPEAR PRO HAC VICE |
| v. | |
| THE CALIFORNIA TABLE GRAPE COMMISSION, et al., | (Doc. 242) |
| Defendants. | |

On May 29, 2013, attorney Cynthia D. Vreeland submitted her application to appear pro hac vice for Defendant, The California Table Grape Commission. (Doc. 242) Ms. Vreeland demonstrates she is in good standing in the United States District Court in the District of Massachusetts. (Doc. 242 at 7) She asserts she has not been granted pro hac vice status in any other case in this District within the last year (Id. at 2) and she has paid the fee required by the application. Because the application appears to be in order and the requisite fees have been paid, the application is **GRANTED**.

IT IS SO ORDERED.

Dated:   **May 30, 2013**            /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE