# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DELANO FARMS COMPANY;
FOUR STAR FRUIT, INC.; AND
GERAWAN FARMING, INC.,

    Plaintiffs,

vs.

THE CALIFORNIA TABLE GRAPE
COMMISSION; UNITED STATES OF
AMERICA; UNITED STATES
DEPARTMENT OF AGRICULTURE;
AND TOM VILSACK, SECRETARY
OF THE UNITED STATES
DEPARTMENT OF AGRICULTURE
(IN HIS OFFICIAL CAPACITY),

    Defendants.

1:07-CV-01610-SEH-JLT

ORDER

ORDERED:

Upon the record before the Court, the following exhibits are admitted into evidence by joint offer, stipulation, or without objection for purposes of trial of this action set for June 10, 2013.

1.     Joint Exhibits:

Joint Exhibit Nos. 1–37 are ADMITTED.

2.     Plaintiffs' Exhibits:

Plaintiffs' Exhibit Nos. 113, 114, 116, 118, 123, 125, 126, 127, 130, 140, 141, 148, 149, 150, 151, 157, 163, 168, 169, 170, 172, 177, 179, 180, 181, 182, and 183 are ADMITTED.

3. Defendants' Exhibits:

Defendants' Exhibit Nos. 501, 502, 503, 504, 514, 515, 516, 517, 518, 519, 520, 521, 522, 524, 525, 526, 528, 530, 532, 534, 536, 538, 540, 542, 544, 546, 548, 549, 550, 551, 552, 553, 622, 623, 624, 625, 626, 627, 628, 629, 630, 631, 632, 633, 634, 635, 636, 637, 638, 639, 640, 641, 642, 643, 644, 645, 646, 647, 648, 649, 650, 651, 652, 653, 654, 655, 656, 657, 658, 659, 662, 663, 664, 665, 666, 667, 668, 669, 670, 671, 672, 673, 674, 675, 676, 677, and 678 are ADMITTED.

FURTHER ORDERED:

1. Plaintiffs' Exhibit Nos. 101, 102, 103, 107, 108, 109, 128, 134, 135, 136, and 137 are ADMITTED for demonstrative purposes, without prejudice to renewal offer at trial.

2. Defendants' Exhibit Nos. 505, 506, 507, 508, 509, 510, 511, 512, 513, 523, 527, 529, 531, 533, 535, 537, 539, 541, 543, 545, and 547 are ADMITTED for demonstrative purposes, without prejudice to renewal offer at trial.

DATED this 3rd day of June, 2013.

SAM E. HADDON
United States District Judge