Randolph D. Moss    (pro hac vice)
Brian M. Boynton    (SBN 222193)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION


Lawrence M. Hadley (SBN 157728)
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California  90017
(213) 694-1200
(213) 694-1234 (fax)
lhadley@McKoolSmithHennigan.com

Attorneys for Plaintiffs DELANO FARMS CO., FOUR STAR FRUIT, INC., AND GERAWAN FARMING, INC.

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TALE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) <br><br> Defendants. | Case No. 1:07-cv-01610-SEH-JLT <br><br><br><br> **STIPULATION** |

WHEREAS on June 3, 2013, the California Table Grape Commission notified the United States Court of Appeals for the Federal Circuit of a violation of Circuit Rule 50 arising from a prior appeal in this action; and

| | |
|---|---|
| 1 | WHEREAS Plaintiffs in this action have stated that they have not been prejudiced by this |
| 2 | issue; |
| 3 | IT IS HEREBY STIPULATED by the parties that they do not believe this Court needs to |
| 4 | take any action with respect to this issue. |

DATED: June 9, 2013

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Randolph D. Moss   (pro hac vice)
Brian M. Boynton   (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com

Cynthia D. Vreeland (pro hac vice)
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000
cynthia.vreeland@wilmerhale.com

By  /s/ Randolph D. Moss
      Randolph D. Moss

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

DATED: June 9, 2013

HENNIGAN, BENNETT & DORMAN LLP
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
lhadley@McKoolSmithHennigan.com

LAW OFFICES OF BRIAN C. LEIGHTON
BRIAN C. LEIGHTON (SBN 090907)
701 Pollasky Avenue
Clovis, CA 93612
Phone: (559) 297-6190
Facsimile: (559) 297-6194
bleighton@arrival.net

THE LAW OFFICES OF RALPH B. WEGIS
RALPH B. WEGIS (SBN 67966)
1930 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 635-2100
Facsimile: (661) 635-2107


By /s/ Lawrence M. Hadley (as authorized 6-9-2013)
      Lawrence M. Hadley

Attorneys for Plaintiffs DELANO FARMS
COMPANY; FOUR STAR FRUIT, INC.; GERAWAN
FARMING, INC.

| | | |
|---|---|---|
| DATED: June 9, 2013 | | STUART F. DELERY<br>Principal Deputy Assistant Attorney General |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | JOHN FARGO<br>Director, Intellectual Property Staff<br>UNITED STATES DEPARTMENT OF JUSTICE<br>COMMERCIAL LITIGATION BRANCH<br>CIVIL DIVISION<br>Washington, D.C. 20530 |
| | | By /s/ John Fargo (as authorized 6-9-2013)<br>    John Fargo |
| | | Attorneys for Defendants<br>THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, AND TOM VILSACK, SECRETARY OF AGRICULTURE (IN HIS OFFICIAL CAPACITY) |