# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DELANO FARMS COMPANY, ET AL.

V.

THE CALIFORNIA TABLE GRAPE COMMISSION, ETAL.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:07-CV-1610 SEH JLT

| PRESIDING JUDGE<br>Sam E. Haddon | PLAINTIFF'S ATTORNEY<br>Brian Leighton, Lawrence Hadley, and Ralph Wegis | DEFENDANT'S ATTORNEY<br>Brian Boynton, Cynthia Vreeland, Randolph Moss, and John Fargo |
|---|---|---|
| TRIAL DATE (S)<br>6/10/2013 - 6/12/2013 | COURT REPORTER<br>Karen Hooven | COURTROOM DEPUTY<br>Michelle Means Rooney |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/10/13 | | | |
| XXX | | | | | **Witness Lawrence Ludy - sworn / testified** |
| | | 6/11/13 | | | |
| XXX | | | | | **Witness Richard Sandrini - sworn / testified** |
| | XXX | | | | **Witness Kathleen Nave - sworn / testified** |
| XXX | | | | | **Witness Dr. David Ramming - sworn / testified** |
| | | 6/12/13 | | | |
| | XXX | | | | **Witness James Ludy - sworn / testified** |
| | XXX | | | | **Witness Ronald Tarailo - sworn / testified** |
| | XXX | | | | **Witness Ross Jones - sworn / testified** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages