Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610

Plaintiffs' Exhibits

**1:07-CV-1610 SEH JLT** *(handwritten)*

FILED
JUN 14 2013
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections | |
|---|---|---|---|---|---|---|
| JX 29 | | | | August 4, 2004 Memo to Growers and Shippers re Amnesty | | |
| JX 30 | | | | August 2004 Fax from California Table Grape Commission re: expiration of amnesty offer | | |
| JX 31 | | | | April 13, 2001 Memo to Growers re Patenting/Licensing of USDA developed table grape varieties | | |
| JX 32 | | | | Summer 2003 Grape Research Report | | |
| JX 33 | | | | July 13, 2005 USDA Notice of Release of Scarlet Royal | | |
| JX 34 | | | | December 10, 2004 Memo to Nurseries | | |
| JX 35 | | | | Photos of Participants at Industry Open House | | |
| JX 36 | | | | Undated Color Photo of Men Examining Grapes | | |
| JX 37 | | | | Satellite photos from Google Earth of Larry Ludy's vineyards, the vineyards formerly owned by Jim and Jack Ludy, and Sandrini's vineyards | | |
| PX 101 | | | | J & J Ludy Farms Diagram of Vineyards | Hearsay. Defendants do not object to the use of this document as a demonstrative. | |
| PX 102 | | | | J & J Ludy Farms Diagram Detail No. 1 of Vineyards | Hearsay. Defendants do not object to the use of this document as a demonstrative. | |
| PX 103 | | | | J & J Ludy Farms Diagram Detail No. 2 of Vineyards | Hearsay. Defendants do not object to the use of this document as a demonstrative. | |
| PX 104 | | | | Intentionally Omitted | | |
| PX 105 | | | | L. Ludy 2002 Diary | Authenticity/Foundation; Best Evidence Rule; Hearsay | |
| PX 106 | | | | Intentionally Omitted | | |

*PX 105.A ——— (6/10/13 admitted) pages from Lawrence Ludy's 2002/2003 diary* *(handwritten)*

3

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610
Joint Exhibits and
Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|---|---|---|---|---|---|
| PX 107 | | | | 2006 Map Larry Ludy, generated by the Kern County Agricultural Commissioner April 12, 2006, T25S R24E with Handwritten Notations | Hearsay.  Defendants do not object to the use of this document as a demonstrative. |
| PX 108 | | | | 2002 Handwritten Map of Ludy Vineyards | Hearsay.  Defendants do not object to the use of this document as a demonstrative. |
| PX 109 | | | | 2006 Map Larry Ludy, generated by the Kern County Agricultural Commissioner April 12, 2006, T25S R24E with Handwritten Notations | Hearsay.  Defendants do not object to the use of this document as a demonstrative. |
| PX 110 | | | 6/10/13 | March 22, 2002 Check Payable to Chris Garcia and February 28, 2003 Check Payable to Joel De Santiago by Lawrence E. Ludy Ranch Account for Grafting | Authentication/Foundation; Best Evidence Rule; Incomplete; Hearsay; Relevance/FRE 403 |
| PX 111 | | | | Intentionally Omitted | |
| PX 112 | | | | Intentionally Omitted | |
| PX 113 | | | 6/11/13 | November 18, 2005 Letter to Richard Sandrini from the California Table Grape Commission | No Objection |
| PX 114 | | | 6/10/13 | November 28, 2006 Settlement Agreement between the California Table Grape Commission and Lawrence E. Ludy and Larry Ludy Farms | No Objection |
| PX 115 | | | | November 8, 2006 California Table Grape Commission Letter to Donald Ludy | Hearsay as to third-party statements contained in the writing |
| PX 116 | | | | June 8, 2007 Letter from counsel to California Table Grape Commission addressed to Donald Ludy | No Objection |
| PX 117 | | | | Calendar Pages of Grafting Notes | Authenticity/Foundation; Best Evidence Rule; Incomplete; Hearsay |
| PX 118 | | | | July 13, 2007 Kathleen Nave Memo to All California Table Grape Growers and Shippers | No Objection |

4

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610
Joint Exhibits and
Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|---|---|---|---|---|---|
| PX 119 | | | | 2007 Photographs of Vineyards (96 photos) | Authentication/Foundation<br>To the extent the appearance of the vines depicted at PL00002-10, PL00015-18, PL00031-33, PL00038-43, PL00065, PL00068, PL00071, PL00075-76, PL00078, PL00081-82, PL00084 was in any way modified or manipulated to stage the photographs, Defendants further object to thos photographs on the following grounds: Relevance FRE 403;<br>Defendants further object to the inclusion of any unredacted signs in the photographs on the following grounds: Hearsay; Relevance/FRE 403 (the signs were not present in 2002-2003);<br>Authentication/Foundation. |
| PX 120 | | | | 2007 Videotapes of Vineyards (2) | Authentication/Foundation;<br>Defendants object to the inclusion of any unredacted signs in the video on the following grounds: Hearsay; Relevance/FRE 403 (the signs were not present in 2002-2003);<br>Authentication/Foundation.<br>To the extent the appearance of the vines was in any way modified or manipulated prior to the recording, Defendants object on the following grounds: Relevance/FRE 403;<br>Furthermore, Plaintiffs have represented that they intend to offer into evidence a version of the video without any audio. Defendants reserve the right to object to the inclusion of the video's audio. |
| PX 121 | | | | Demonstrative Exhibit Timeline | TBD |
| PX 122 | | | | Intentionally Omitted | |

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610
Joint Exhibits and
Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|---|---|---|---|---|---|
| PX 123 | | | | July 6, 2005 United States Department of Agriculture, Agricultural Research Service Notice to Fruit Growers and Nurserymen of the Release of Autumn King Grapes | No Objection |
| PX 124 | | | 6/11/13 | October 24, 2012 City of Fresno Interactive Mapping of Grapevine Plots with handwritten notations | Hearsay; Relevance/FRE 403 |
| PX 125 | | | | Spreadsheet showing results of FPS DNA testing | No Objection |
| PX 126 | | | | Second spreadsheet showing results of FPS DNA testing | No Objection |
| PX 127 | | | | March 16, 2006 Letter to Jones from Dangl reporting DNA results | No Objection |
| PX 128 | | | | Assessor's Map 47 11 and Property Description | Hearsay.  Defendants do not object to the extent the document is used as a demonstrative only. |
| PX 129 | | | | January 26, 2006 Check from Sandrini to Carrillo | Authentication/Foundation; Best Evidence Rule; Incomplete; Hearsay; Relevance/FRE 403 |
| PX 130 | | | | December 8, 2005 Invoice from Carrillo | No Objection |
| PX 131 | | | | Assessor's Map 521 17 and Property Description | Relevance/FRE 403 |
| PX 132 | | | | Assessor's Map 520 17 and Property Description | Hearsay; Relevance/FRE 403 |
| PX 133 | | | | Assessor's Map 521 11 and Property Description | Hearsay; Relevance/FRE 403 |
| PX 134 | | | | Map of Larry Ludy's Farm (Garces Highway) Produced by L. Ludy | Hearsay.  Defendants do not object to the extent the document is used as a demonstrative only. |
| PX 135 | | | | Map of Larry Ludy's Farm (Peterson Road) Produced by L. Ludy | Hearsay.  Defendants do not object to the extent the document is used as a demonstrative only. |
| PX 136 | | | | Hand Drawn Map of Larry Ludy's Farm | Hearsay.  Defendants do not object to the extent the document is used as a demonstrative only. |
| PX 137 | | | | Map of Jim and Jack Ludy's Farm Produced by Jim and Jack Ludy | Hearsay.  Defendants do not object to the extent the document is used as a demonstrative only. |

6

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610

Joint Exhibits and

Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|---|---|---|---|---|---|
| PX 138 | | | | Intentionally Omitted | |
| PX 139 | | | 6/11/13 | November 22, 2005 Affidavit Confirming Possession or Control (Autumn King) | Hearsay |
| PX 140 | | | | September 26, 2002 California Table Grape Commission Executive Committee Meeting Agenda | No Objection |
| PX 141 | | | 6/11/13 | February 28, 2006 Letter from Michael Ward to Richard Sandrini, re: Infringement of U. S. Patent No. PP16,284 (Autumn King) with patent attached | No Objection |
| PX 142 | | | | March 30, 2007 Declaration of Richard B. Sandrini in Support of Defendants' Motion for Summary Judgment | Hearsay; Foundation |
| PX 143 | | | | March 30, 2007 Declaration of Rodrigo Cantorino | Hearsay; Foundation |
| PX 144 | | | | March 30, 2007 Declaration of Courtney Goldman | Hearsay; Foundation |
| PX 145 | | | | March 30, 2007 Declaration of Gerry Chua | Hearsay; Foundation |
| PX 146 | | | | April 16, 2007 Declaration of Richard B. Sandrini in Opposition to Commission Motion for Partial Summary Judgment | Hearsay; Foundation |
| PX 147 | | | | Intentionally Omitted | |
| PX 148 | | | | July 12, 2004 Memorandum from the California Table Grape Commission regarding Amnesty for USDA Developed Table Grape Varieties. | No Objection |
| PX 149 | | | | August 4, 2004 Memorandum from the California Table Grape Commission regarding Confirming Registration of Unauthorized USDA Varieties. | No Objection |
| PX 150 | | | | Document prepared by the California Table Grape Commission regarding "Time Limited Amnesty Offered" | No Objection |

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610
Joint Exhibits and
Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|-------|--------------|--------|----------------------|-------------|------------|
| PX 151 | . | | | September 20, 2006 Letter from the Commission sent to retailers re: the status of two recently released table grape varieties. | No Objection |
| PX 152 | | | 6/10/13 | November 9, 2006 Letter from Jerry Dangl to L. Ludy re: Results of 2002 and 2003 genetic tests on "late white" grapes on L. Ludy's farm | Foundation; Hearsay. Defendants further object to the inaccurate and/or unfounded description of the exhibit. The letter says the samples tested were received in October 2006. There is no basis to describe the tests as "2002 and 2003 genetic tests". |
| PX 153 | | | | Photograph of the 3 rows on Larry Ludy's farm containing the 2003 Autumn King vines. | Authentication/Foundation. Defendants further object to the inaccurate and/or unfounded description of the exhibit. |
| PX 154 | | | | Photograph of a single row of the the 2003 Autumn King vines on Larry Ludy's farm | Authentication/Foundation. Defendants further object to the inaccurate and/or unfounded description of the exhibit. |
| PX 155 | | | | Photograph of 2003 Autumn King vine on Larry Ludy's farm showing graft point | Authentication/Foundation. Defendants further object to the inaccurate and/or unfounded description of the exhibit. |
| PX 156 | | | | Photograph of 2003 Autumn King vine on Larry Ludy's farm | Authentication/Foundation. Defendants further object to the inaccurate and/or unfounded description of the exhibit. |
| PX 157 | | | | May 23, 2007 Letter from June Blaylock (for Richard Brenner) to Lawrence Hadley | No Objection |
| PX 158 | | | | October 15, 1999 Letter from Kathleen Nave to Michael Ruff re: patents | Relevance/FRE 403 |
| PX 159 | | | | December 22, 1999 Email from Kathleen Nave to Michael Ruff re: Patenting and Licensing | Relevance/FRE 403 |
| PX 160 | | | | January 10, 2000 Summary of Discussion Michael Ruff, Kathleen Nave | Relevance/FRE 403 |
| PX 161 | | | | February 8, 2000 Memo to file from Kathleen | Relevance/FRE 403 |

8

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610
Joint Exbibits and
Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|---|---|---|---|---|---|
| PX 162 | | | | June 30, 2000  Memorandum from Kathleen Nave to Michael Ruff, re: Follow Up. | Relevance/FRE 403 |
| PX 163 | | | | September 26, 2000  California Table Grape Commission Research Committee Meeting Agenda | No Objection |
| PX 164 | | | 6/14/13 | June 19, 2001  Email from Kathleen Nave to David Ramming re: Notes | Relevance/FRE 403 |
| PX 165 | | | | Undated Color Photographs of Grapes | Authentication/Foundation; Best Evidence Rule |
| PX 166 | | | | 2002-2003  Handwritten entries in a logbook | Authentication/Foundation; Best Evidence; Incomplete; Hearsay |
| PX 167 | | | | Undated Email from Kathleen Nave to Michael Ruff, re: Patent Preparation | Relevance/FRE 403 |
| PX 168 | | | | September 25, 2001 Executive Committee Meeting Minutes | No Objection |
| PX 169 | | | | August 4, 2004 Memorandum from Kathleen Nave/Ross Jones to All California Table Grape Growers and Shippers, re: Confirming Registration of Unauthorized USDA Varieties | No Objection |
| PX 170 | | | | January 15, 2002  Letter from Ross Jones to David Ramming, re: Issues related to the potential release, patenting/licensing and distribution of the USDA experimental seedless table grape varieties | No Objection |
| PX 171 | | | | Intentionally Omitted | |
| PX 172 | | | | November 13, 2002  CTGC/USDA Table Grape Patenting/Licensing Program Update for FPMS Annual Meeting | No Objection |
| PX 173 | | | | June 17, 2004 Fax from David Ramming to Ross Jones, attaching A61 16 grower trials | Relevance/FRE 403 |
| PX 174 | | | | Photocopies of two checks Numbered 2455 and 2829 | Authentication/Foundation; Best Evidence Rule; Incomplete; Hearsay; Relevance/FRE 403 |
| PX 175 | | | | May 24, 2005  Email from Kathleen Nave to Ross Jones, re: Amnesty | Relevance/FRE 403 |

Delano Farms Company, et al. v. California Table Grape Commission, United States District Court for the Eastern District of California, Case No. 07-01610
Joint Exhibits and
Plaintiffs' Exhibits

| Ex. # | Date Offered | Marked | Admitted in Evidence | Description | Objections |
|---|---|---|---|---|---|
| PX 176 | | | | 2005-2006 Sales of Commission Licensed Table Grape Varieties | Relevance/FRE 403 |
| PX 177 | | | | July 8, 2005 Memorandum from Ross Jones to Executive Committee Members, re: Patenting and Licensing Status Update | No Objection |
| PX 178 | | | ′ ′ | December 19, 2005 Fax from Kathleen Nave to Richard Sandrini, re: Autumn King | Hearsay as to Affidavit by Mr. Sandrini at CTGC 04801 |
| PX 179 | | | 6/11/13 | 2000-01 Viticulture Research Report | No Objection |
| PX 180 | | | | 2001-02 Viticulture Research Report | No Objection |
| PX 181 | | | 6/11/13 | 2002-03 Viticulture Research Report | No Objection |
| PX 182 | | | | 2003-04 Viticulture Research Report | No Objection |
| PX 183 | | | | March 30, 2000 Letter from Patrick Vail to Kathleen Nave, re: CTGC interest in patenting varieties of table grapes | No Objection |

10