

**FILED**

**JUN 14 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

## DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX501 | Autumn King File History | | | | | |
| DX502 | Scarlet Royal File History | | | | | |
| DX503 | Jim Ludy Deposition Subpoena | | | | | |
| DX504 | Lawrence Ludy Deposition Subpoena | | | | | |
| DX505 | Assessor's Map 47-11 and Property Description (Offered as a demonstrative only) | | | | | |
| DX506 | Map (0068) of Larry Ludy's Farm (Garces Highway) (Offered as a demonstrative only) | | | | | |
| DX507 | Map (0068) of Larry Ludy's Farm (Garces Highway) (Offered as a demonstrative only) | | | | | |
| DX508 | Map (0074) of Larry Ludy's Farm (Peterson Road) (Offered as a demonstrative only) | | | | | |
| DX509 | Map drawn by Lawrence Ludy (Offered as a demonstrative only) | | | | | |
| DX510 | J&J Ludy Farms Map (Offered as a demonstrative only) | | | | | |
| DX511 | J&J Ludy Farms Map (with handwritten notes) (Offered as a demonstrative only) | | | | | |
| DX512 | Map drawn by Jim Ludy (Offered as a demonstrative only) | | | | | |
| DX513 | Map drawn by Jim Ludy (Offered as a demonstrative only) | | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX514 | Video of Larry Ludy's vineyards and the vineyards formerly owned by Jim and Jack Ludy dated May 25, 2007 | | | | | |
| DX515 | Video dated July 11, 2007 10:00 AM (without sound and redacted) | | | 6/10/13 | | |
| DX516 | Video dated July 11, 2007 8:05 AM (without sound and redacted) | | | | | |
| DX517 | Excerpt of video dated July 11, 2007 8:05 AM (with sound) | | | | | |
| DX518 | Photograph taken at Experimental Variety Evaluation Meeting | | | | | |
| DX519 | August 23, 2001 Email from George Nikolich | | | 6/11/13 | | |
| DX520 | August 13, 2002 Notice for August 28, 2002 Experimental Variety Evaluation Meeting | | | | | |
| DX521 | C10 Sheet from August 28, 2002 CTGC Research Committee Meeting | | | | | |
| DX522 | Grapevine Photograph (redacted) | | | | | |
| DX523 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX524 | Grapevine Photograph | | | 6/10/13 | | |
| DX525 | Grapevine Photograph | | | | | |
| DX526 | Grapevine Photograph (redacted) | | | | | |
| DX527 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX528 | Grapevine Photograph (redacted) | | | | | |
| DX529 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX530 | Grapevine Photograph (redacted) | | | | | |
| DX531 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX532 | Grapevine Photograph (redacted) | | | | | |
| DX533 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX534 | Grapevine Photograph (redacted) | | | | | |
| DX535 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX536 | Grapevine Photograph (redacted) | | | | | |
| DX537 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX538 | Grapevine Photograph (redacted) | | | | | |
| DX539 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX540 | Grapevine Photograph (redacted) | | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX541 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX542 | Grapevine Photograph (redacted) | | | 6/11/13 | | |
| DX543 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX544 | Grapevine Photograph (redacted) | | | | | |
| DX545 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX546 | Grapevine Photograph (redacted) | | | | | |
| DX547 | Grapevine Photograph (unredacted) (Offered as a demonstrative only) | | | | | |
| DX548 | August 12, 2004 CDFA Memo re Labeling | | | 6/11/13 | | |
| DX549 | May 24, 2005 CDFA Memo re Labeling | | | | | |
| DX550 | April 17, 2006 CDFA Memo re Labeling | | | | | |
| DX551 | May 9, 2003 Memo re Shipment Reports | | | | | |
| DX552 | Packet of information and shipping reports sent to shippers at the start of 2004 season | | | 6/11/13 | | |
| DX553 | Packet of information and shipping reports sent to shippers at the start of 2006 season | | | | | |

## DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX554 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | 6/11/13 | | |
| DX555 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | 6/11/13 | | |
| DX556 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX557 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX558 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX559 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX560 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX561 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX562 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX563 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX564 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX565 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |
| DX566 | Sandrini Shipping Report Submitted to the Commission | Relevance FRE 403 | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX567 | Sandrini Sales Invoices | Relevance FRE 403 | | | | |
| DX568 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX569 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX570 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX571 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX572 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX573 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX574 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX575 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX576 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX577 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX578 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX579 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |

## DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX580 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX581 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX582 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX583 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX584 | Sandrini Sales Invoice | Relevance FRE 403 | | 6/11/13 | | |
| DX585 | Sandrini Bill of Lading | Relevance FRE 403 | | 6/11/13 | | |
| DX586 | Sandrini Bill of Lading | Relevance FRE 403 | | 6/11/13 | | |
| DX587 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX588 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX589 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX590 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX591 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX592 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |

## DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al., v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX593 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX594 | Sandrini Bill of Lading | Relevance FRE 403 | | ‘ | | |
| DX595 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX596 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX597 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX598 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX599 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX600 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX601 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX602 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX603 | Sandrini Bill of Lading | Relevance FRE 403 | | | | |
| DX604 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX605 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX606 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX607 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX608 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX609 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX610 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX611 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX612 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX613 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX614 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX615 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX616 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX617 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX618 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX619 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX620 | Sandrini Shipping/Invoice Register | Relevance FRE 403 | | | | |
| DX621 | Sandrini "Block Recap" Documents | Relevance FRE 403 | | | | |
| DX622 | Grower Activity Summary | | | 6/10/13 | | |
| DX623 | Cooperative Extension Paper | | | | | |
| DX624 | Report entitled "Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew" produced by Lawrence Ludy | | | | | |
| DX625 | August 21, 2001 Research Committee Meeting Agenda and Minutes | | | 6/11/13 | | |
| DX626 | October 5, 2001 Research Committee Meeting Agenda and Minutes | | | | | |
| DX627 | November 9, 2001 Research Committee Meeting Agenda and Minutes | | | | | |
| DX628 | July 17, 2002 Research Committee Meeting Agenda and Minutes | | | | | |
| DX629 | May 22, 2003 Executive Committee Meeting Agenda and Minutes | | | | | |
| DX630 | October 28, 2003 CTGC Research Committee Meeting Agenda and Minutes | | | | | |
| DX631 | July 29, 2004 Research Committee Meeting Agenda and Minutes | | | 6/11/13 | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX632 | July 29, 2004 Research Committee B1 Evaluation Form | | | | | |
| DX633 | September 28, 2004 Research Committee Meeting Agenda and Minutes | | | | | |
| DX634 | June 25, 2004 Grower Report | | | | | |
| DX635 | August 6, 2004 Grower Report | | | | | |
| DX636 | August 20, 2004 Grower Report | | | | | |
| DX637 | December 10, 2004 Grower Report Discussing Autumn King | | | | | |
| DX638 | October 14, 2005 Grower Report | | | 6/11/13 | | |
| DX639 | August 2005 American Vineyard Article | | | 6/11/13 | | |
| DX640 | July 13, 2005 USDA Notice of Release of Autumn King Produced by the Commission | | | | | |
| DX641 | July 13, 2005 USDA Notice of Release of Scarlet Royal Produced by the Commission | | | | | |
| DX642 | Copy of July 13, 2005 USDA Notice of Release of Autumn King Produced by Sandrini | | | 6/11/13 | | |
| DX643 | March 10, 1999 USDA Notice of Release of Fantasy Seedless Produced By Sandrini | | | | | |
| DX644 | February 4, 1999 USDA Notice of Release of Melissa Produced By Sandrini | | | | | |
| DX645 | February 7, 1996 USDA Notice of Release of Autumn Royal Produced By Sandrini | | | | | |
| DX646 | USDA Notice of Release of Princess Produced By Sandrini | | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX647 | March 9, 2001 USDA Memo re Name Change from Melissa to Princess Produced By Sandrini | | | | | |
| DX648 | February 1999 USDA Notice of Release of Summer Royal Produced By Sandrini | | | | | |
| DX649 | June 4, 2004 USDA Notice of Release of Sweet Scarlet Produced By Sandrini | | | | | |
| DX650 | September 11, 2003 USDA Notice of Release of Thomcord Produced By Sandrini | | | | | |
| DX651 | Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew-2000 | | | 6/11/13 | | |
| DX652 | Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew-2001 | | | 6/11/13 | | |
| DX653 | Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew-2002 | | | 6/11/13 | | |
| DX654 | Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew-2003 | | | 6/11/13 | | |
| DX655 | Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew-2004 | | | | | |
| DX656 | Development of Seedless Grapes for the Fresh Market Including Types Resistant to Powdery Mildew-2005 | | | | | |

## DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX657 | Letter from Brian C. Leighton to Kathleen Nave | | | | | |
| DX658 | Letter from Kathleen Nave to Brian C. Leighton | | | | | |
| DX659 | Spreadsheet Showing 2005 USDA Western Fruit Report Price Data | | | | | |
| DX660 | March 30, 2007 Declaration of Rodrigo Cantorina (impeachment only) | | | | | |
| DX661 | April 16, 2007 Declaration of Richard B. Sandrini in Opposition to Commission Motion for Partial Summary Judgment (impeachment only) | | | | | |
| DX662 | July 8, 2005 Domestic Nursery License Agreement - Autumn King Between CTGC and Vintage Nurseries, LLC | | | | | |
| DX663 | July 11, 2005 Domestic Nursery License Agreement - Autumn King Between CTGC and Sunridge Nurseries Inc. | | | | | |
| DX664 | September 2, 2005 Domestic Nursery License Agreement - Autumn King Between CTGC and Casa Cristal Nursery, Inc. | | | | | |
| DX665 | Material Transfer Agreement with Sunridge Nurseries | | | | | |
| DX666 | Material Transfer Agreement with Casa Cristal Nursery | | | | | |
| DX667 | Material Transfer Agreement with Vintage Nurseries | | | | | |
| DX668 | September 1, 2006 Amendment to Sunridge Nurseries Agreements | | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX669 | September 1, 2006 Amendment to Vintage Nurseries Agreements | | | | | |
| DX670 | February 7, 2007 Domestic Nursery License Agreement - Autumn King Between CTGC and Sunridge Nurseries Inc. | | | | | |
| DX671 | February 23, 2007 Domestic Nursery License Agreement - Autumn King Between CTGC and Casa Cristal Nursery, Inc. | | | | | |
| DX672 | February 16, 2007 Domestic Nursery License Agreement - Autumn King Between CTGC and Vintage Nurseries L.L.C. | | | | | |
| DX673 | September 17, 2008 Domestic Nursery License Agreement - Autumn King between CTGC and Duarte Nursery, Inc. | | | | | |
| DX674 | February 7, 2007 Domestic Nursery License Agreement - Scarlet Royal Between CTGC and Sunridge Nurseries, Inc. | | | | | |
| DX675 | February 16, 2007 Domestic Nursery License Agreement - Scarlet Royal Between CTGC and Vintage Nurseries L.L.C. | | | | | |
| DX676 | February 23, 2007 Domestic Nursery License Agreement - Scarlet Royal Between CTGC and Casa Cristal Nursery, Inc. | | | | | |
| DX677 | September 17, 2008 Domestic Nursery License Agreement - Scarlet Royal between CTGC and Duarte Nursery, Inc. | | | | | |

DEFENDANTS' EXHIBIT LIST

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

Defendants reserve the right to offer additional exhibits for impeachment and/or rebuttal.

| Defendants' Exhibit # | Description | Plaintiffs' Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| DX678 | Domestic Grower License Agreement | | | | | |

\* Certain portions of Plaintiffs' videos (DX515 and DX516) show vines that appear to have been modified or manipulated for purposes of making the videos. Defendants object to those portions and believe they should be disregarded.

Defendants have objected to Plaintiffs' attempts to introduce Lawrence Ludy's Diary or any selected excerpts or photocopies from Lawrence Ludy's Diary into evidence. If any portions of Lawrence Ludy's Diary are allowed into evidence, Defendants reserve the right to introduce the complete version of the original Diary.

DX679 - grape vine sticks (demonstrative only)