

**JUN 14 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## JOINT EXHIBITS

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

| Joint Exhibit # | Description | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|
| JX1 | U.S. Patent No. PP16,284 entitled "Grapevine Denominated Autumn King" | | 6/11/13 | | |
| JX2 | U.S. Patent No. PP16,229 P2 entitled "Grapevine Denominated Scarlet Royal" | | 6/11/13 | | |
| JX3 | Memorandum of Understanding with the USDA | | 6/11/13 | | |
| JX4 | June 27, 2005 USDA Commission License Agreement (Autumn King) | | | | |
| JX5 | June 27, 2005 USDA Commission License Agreement (Scarlet Royal) | | | | |
| JX6 | August 13, 2001 Notice for August 22, 2001 Experimental Variety Evaluation Meeting | | 6/10/13 | | |
| JX7 | Minutes of August 22, 2001 Experimental Variety Evaluation Meeting | | 6/10/13 | | |
| JX8 | August 22, 2001 Register of California Table Grape Commission USDA Experimental Variety Evaluation Open House August 22, 2001 | | 6/10/13 | | |
| JX9 | Agenda and Minutes from August 28, 2002 CTGC Research Committee Meeting | | 6/10/13 | | |
| JX10 | August 28, 2002 Register of California Table Grape Commission USDA Experimental Variety Evaluation Open House | | 6/11/13 | | |
| JX11 | Evaluation Form turned in by Jim Ludy at August 28, 2002 Meeting Produced By Commission | | 6/10/13 | | |
| JX12 | Jim Ludy's Copy of Evaluation Form turned in by Jim Ludy at August 28, 2002 Meeting and produced by Jim Ludy | | 6/10/13 | | |
| JX13 | Evaluation Form completed by Jim Ludy at August 28, 2002 Meeting and produced by Jim Ludy | | 6/10/13 | | |
| JX14 | Evaluation Form completed by Lawrence Ludy at August 28, 2002 Meeting and produced by Lawrence Ludy | | 6/10/13 | | |
| JX15 | February 26, 1998 Research Committee Meeting Minutes | | | | |

JOINT EXHIBITS

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

| Joint Exhibit # | Description | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|
| JX16 | August 31, 1999 California Table Grape Commission Research Committee Meeting Agenda | | | | |
| JX17 | September December 1999 California Table Grape Commission Research Committee Report on Patenting and Licensing USDA Developed Table Grape Varieties September December 1999 | | . . | | |
| JX18 | December 28, 1999 Memorandum to Research Committee from Nave & Jones | | | | |
| JX19 | March 14, 2000 California Table Grape Commission Research Committee Meeting Agenda | | | | |
| JX20 | March 28, 2002 CTGC Research Committee Meeting Minutes | | 6/11/13 | | |
| JX21 | December 10, 2002 CTGC Research Committee Meeting Agenda and Minutes | | 6/11/13 | | |
| JX22 | February 21, 2003 Letter from Nave to Ramming | | 6/11/13 | | |
| JX23 | April 1, 2003 California Table Grape Commission Executive Committee | | | | |
| JX24 | November 24, 2003 Memo to Growers and Shippers re Patenting and Licensing | | | | |
| JX25 | December 12, 2003 CTGC Research Committee Meeting Agenda and Minutes | | 6/11/13 | | |
| JX26 | May 7, 2004 Memo to Growers and shippers re Patenting and Licensing | | | | |
| JX27 | July 12, 2004 Memo to Growers and Shippers re Amnesty | | 6/10/13 | | |
| JX28 | Copy of July 12, 2004 Memo to Growers and Shippers re Amnesty Produced by Lawrence Ludy | | 6/10/13 | | |
| JX29 | August 4, 2004 Memo to Growers and Shippers re Amnesty | | | | |
| JX30 | August 2004 Fax from California Table Grape Commission re: expiration of amnesty offer | | | | |
| JX31 | April 13, 2001 Memo to Growers re Patenting/Licensing of USDA developed table grape varieties | | | | |

## JOINT EXHIBITS

Case Name: *Delano Farms Company et al. v. The California Table Grape Commission et al.*
Case Number: 1:07-cv-01610-SEH-JLT

| Joint Exhibit # | Description | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|
| JX32 | Summer 2003 Grape Research Report | | 6/11/13 | | |
| JX33 | July 13, 2005 USDA Notice of Release of Scarlet Royal Produced by Sandrini | | 6/11/13 | | |
| JX34 | December 10, 2004 Memo to Nurseries | | | | |
| JX35 | Photos of Participants at Industry Open House | | 6/10/13 | | |
| JX36 | Undated Color Photo of Men Examining Grapes | | 6/10/13 | | |
| JX37 | Satellite photos from Google Earth of Larry Ludy's vineyards, the vineyards formerly owned by Jim and Jack Ludy, and Sandrini's vineyards | | 6/10/13 | | |