# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DELANO FARMS COMPANY, ET AL.,**

CASE NO: **1:07–CV–01610–SEH–JLT**

v.

**THE CALIFORNIA TABLE GRAPE COMMISSION, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/13/2013**

**Marianne Matherly**
Clerk of Court

ENTERED: **September 13, 2013**

by: /s/ S. Sant Agata
Deputy Clerk