**LAWRENCE M. HADLEY (SBN 157728)**
lhadley@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Fax: (213) 694-1234**

**BRIAN C. LEIGHTON (SBN 090907)**
bleighton@arrival.com
**LAW OFFICES OF BRIAN C. LEIGHTON**

Attorneys for Plaintiffs
**DELANO FARMS COMPANY, FOUR STAR FRUIT, INC.;**
**GERAWAN FARMING, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY), <br><br> Defendants. | Case No.1:07-cv-01610-SEH-JLT <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

Case No. 1:07-CV-01610-SEH-JLT                                                              NOTICE OF APPEAL

936386

| | |
|---|---|
| 1 | Notice is hereby given that Plaintiffs Delano Farms Company, Four Star Fruit, Inc., and |
| 2 | Gerawan Farming in the above-captioned case hereby appeals to the United States Court of Appeals |
| 3 | for the Federal Circuit from the final judgment entered on behalf of Defendants in this action on |
| 4 | September 13, 2013 (Dkt. No. 262), Case No. 1:07-cv-01610-SEH-JLT, from the Findings of Fact, |
| 5 | Conclusions of Law, and Order entered on September 12, 2013 (Dkt. No. 261), and from all |
| 6 | previous orders, rulings, findings, stipulations, and conclusions entered in this action. |

DATED: October 14, 2013

McKOOL SMITH HENNIGAN, P.C.

By: _/s/ Lawrence M. Hadley_

Lawrence M. Hadley

**Attorneys for Plaintiffs
DELANO FARMS COMPANY, FOUR STAR FRUIT, INC.;
GERAWAN FARMING, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 14, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

/s/ *Lawrence M. Hadley*
Lawrence M. Hadley