MCKOOL SMITH HENNIGAN, P.C.
Lawrence M. Hadley (SBN 157728)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (fax)
lhadley@mckoolsmithhennigan.com

Attorneys for Plaintiffs DELANO FARMS CO.,
FOUR STAR FRUIT, INC., and GERAWAN FARMING, INC.

WILMER CUTLER PICKERING HALE AND DORR LLP
Randolph D. Moss    (pro hac vice)
Brian M. Boynton    (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

[Additional counsel listed in signature block]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO FARMS COMPANY; FOUR STAR FRUIT, INC.; AND GERAWAN FARMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA TABLE GRAPE COMMISSION; UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF AGRICULTURE; AND TOM VILSACK, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE (IN HIS OFFICIAL CAPACITY), <br><br> Defendants. | CASE NO. 1:07-cv-01610-SEH-JLT <br><br> **STIPULATION AND PROPOSED ORDER REGARDING UNSEALING OF DOCUMENTS** |

WHEREAS, Exhibits 1-4 to the Declaration of Ronald E. Tarailo (Dkt. No. 191) were originally designated by the United States Department of Agriculture as confidential under the Stipulated Protective Order entered by the Court on March 23, 2012 (Dkt. No. 155);

WHEREAS, on January 18, 2013, the Court granted the California Table Grape Commission's request to file Exhibits 1-4 of the Tarailo Declaration under seal (Dkt. No. 201);

1  WHEREAS, the USDA agrees that the confidentiality restrictions imposed on Exhibits 1-4
2  of the Tarailo Declaration can be lifted;
3  IT IS HEREBY STIPULATED, subject to approval by the Court, that, pursuant to Local
4  Rule 141(f) and Federal Rule of Civil Procedure 5.2, there is good cause to order Exhibits 1-4 of the
5  Tarailo Declaration unsealed.

DATED: December 2, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP
Randolph D. Moss (pro hac vice)
Brian M. Boynton (SBN 222193)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (fax)
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com

By /s/ Brian M. Boynton

      Brian M. Boynton

Attorneys for Defendant THE CALIFORNIA TABLE GRAPE COMMISSION

DATED: December 2, 2013

MCKOOL SMITH HENNIGAN, P.C.
Lawrence M. Hadley (SBN 157728)
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200
(213) 694-1234 (fax)
lhadley@McKoolSmithHennigan.com

LAW OFFICES OF BRIAN C. LEIGHTON
Brian C. Leighton (SBN 090907)
701 Pollasky Avenue
Clovis, California 93612
(559) 297-6190
(559) 297-6194 (fax)
bleighton@arrival.net

By /s/ Lawrence M. Hadley (as authorized 12/2/2013)

      Lawrence M. Hadley

Attorneys for Plaintiffs DELANO FARMS COMPANY, FOUR STAR FRUIT, INC., and GERAWAN FARMING, INC.

DATED:  December 2, 2013

STUART DELERY
Assistant Attorney General

BENJAMIN B. WAGNER
United States Attorney

JOHN FARGO
Director, Intellectual Property Staff
COMMERCIAL LITIGATION BRANCH
CIVIL DIVISION
UNITED STATES DEPARTMENT OF JUSTICE
Washington, D.C.  20530
(202) 514-7223
(202) 307-0345 (fax)
john.fargo@usdoj.gov

By /s/ John Fargo (as authorized 12/2/2013)
        John Fargo

Attorneys for Defendants THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF AGRICULTURE, and TOM VILSACK

**IT IS SO ORDERED**

DATED: 12/4/13

SAM E. HADDON
United States District Judge